Hilda L. FLOYD, Plaintiff–Appellant,

v.

BALTIMORE COUNTY POLICE DEPARTMENT, Defendant–Appellee.

No. 04–1436.

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2004.

Decided: Aug. 3, 2004.

Hilda L. Floyd, Appellant pro se.

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Hilda L. Floyd appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Floyd v. Baltimore County Police Dep't, No. CA–04–608–1–RDB (D.Md. Mar. 9, 2004). We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*